**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
BRUNSWICK DIVISION**

CALVIN EDWARDS, and DEBRA
EDWARDS,

        Plaintiffs,

        v.

STATE FARM INSURANCE COMPANY,

        Defendant.

CIVIL ACTION NO.: 2:25-cv-240

**O R D E R**

The parties filed a Joint Motion to Extend Discovery.  Doc. 28.  I previously stayed discovery pending a ruling on Defendant's motion to dismiss, so I terminated the parties' first Rule 26(f) report.  Doc. 18.  The District Judge has now ruled on Defendant's motion to dismiss, lifting the stay.  Doc. 25.  The Court has not yet issued a scheduling order in this case, and the parties have not proposed a discovery schedule.  Accordingly, I **DENY** the parties' Motion and **ORDER** the parties to conduct a conference within seven days of the date of this Order and to file a second Rule 26(f) report within seven days of their Rule 26(f) conference.  The parties are to use and fully complete the Rule 26(f) form for use in Judge Wood/Judge Cheesbro cases, which can be found on the Court's website.

**SO ORDERED**, this 15th day of June, 2026.

_____
BENJAMIN W. CHEESBRO
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA